# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 18, 2013**

| | | |
|---|---|---|
| 29124 | Jarrell v. Jarrell | Affirmed |
| CAAP–11–00 00064 | State v. DeLeon | Affirmed |

**January 22, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00642 | State v. Kin Choy | Affirmed |
| 29927 | Thomas-Yukimura v. Yukimura | Affirmed |
| 29129, 29917 | Yamamoto v. Yamamoto | Affirmed |

**January 23, 2013**

| | | |
|---|---|---|
| 30347 | State v. Patron | Affirmed |
| 30529, 30530, 30690 | State v. Spears | Dismissed |

**January 24, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00367 | State v. Dela Cruz | Vacated and remanded |
| CAAP–11–00 00369 | Plauche v. Plauche | Affirmed |